**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOE MASCARENAS,

Plaintiff,

vs.                                       Case No. 1:12-cv-01142-WPL-WDS

ZURICH AMERICAN INSURANCE CO.,
a corporation licensed to do business in the
State of NewMexico, and THE HARTFORD
INSURANCE COMPANY,
a corporation licensed to do business
in the State of New Mexico,

Defendants.

**ORDER ADOPTING JOINT STATUS REPORT**
**AND PROVISIONAL DISCOVERY PLAN**

THIS MATTER came before the Court on a Rule 16 scheduling conference. Following a

review of the parties' Joint Status Report and Provisional Discovery Plan, the Court adopts the

Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the

Court's Scheduling Order.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE