IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOE MASCARENAS,

        Plaintiff,

vs.

ZURICH AMERICAN INSURANCE CO.,
a corporation licensed to do business in the
State of New Mexico, and THE HARTFORD
INSURANCE COMPANY, a corporation
licensed to do business in the State of New
Mexico,

        Defendants.

No. 1:12-cv-01142-PJK-WDS

## ORDER GRANTING LEAVE TO EXTEND DEADLINES

UPON the application of Plaintiff for an Order extending certain deadlines, and with concurrence of opposing counsel and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

    a.    Plaintiff to name expert witnesses on or before May 15, 2013;

    b.    Defendants to name expert witnesses on or before June 17, 2013;

    c.    Discovery to end on or before July 17, 2013.

    d.    Pretrial motions other than discovery motions to be filed by July 30, 2013.

    e.    All other deadlines to remain the same.

_____
Magistrate Judge W. Daniel Schneider
United States District Court